IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE L. RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. G-07-555 |
| | § | |
| MICHAEL J. ASTRUE, Commissioner | § | |
| of the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## **MEMORANDUM AND ORDER**

Pending before this Court are Plaintiff Joe. L. Rodriguez's ("Rodriguez") Objections to the Magistrate Judge's Memorandum and Recommendation [Doc. # 17]. Rodriguez challenges the findings and conclusions in the Memorandum and Recommendation [Doc. # 16] entered by Magistrate Judge Calvin Botley on March 5, 2009, recommending that Defendant Michael J. Astrue's, Commissioner of the Social Security Administration ("Commissioner"), motion for summary judgment [Doc. # 14], be granted.

Rodriguez's Objections are deemed timely filed. *See* 28 U.S.C. § 636(b)(1). The district court must make a "*de novo* determination of the objections" raised by the parties. *See, e.g., Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

The Court has reviewed the Memorandum and Recommendation and Rodriguez's Objections, as well as made a *de novo* review of the Memorandum and Recommendation and specified proposed findings or recommendations to which objection is made. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *McLeod, Alexander, Powel & Apffel, P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991).[1] For the reasons explained in the Magistrate Judge's Memorandum and Recommendation, the Court concludes that Rodriguez's objections should be overruled. It is therefore

**ORDERED** that Rodriguez's Objections to the Magistrate Judge's Memorandum and Recommendation [Doc. # 17] are **OVERRULED**. It is further

**ORDERED** that the Memorandum and Recommendation [Doc. # 16] is **ADOPTED** as this Court's Memorandum and Order. It is further

**ORDERED** that Rodriguez's Motion for Summary Judgment [Doc. # 11] is **DENIED**. It is further

**ORDERED** that the Commissioner's Motion for Summary Judgment [Doc. # 14], is **GRANTED**. It is further

---

[1] "It is reasonable to place upon the parties the duty to pinpoint those portions of the magistrate's report that the district court must specifically consider." *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996). "Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." *Id.* at 410 n.8; *accord United States v. Carrillo-Morales*, 27 F.3d 1054, 1061 (5th Cir. 1994), *cert. denied*, 513 U.S. 1178 (1995).

**ORDERED** that the administrative law judge's decision denying Rodriguez disability benefits is **AFFIRMED**.  It is finally

**ORDERED** that this matter be **DISMISSED** from the dockets of this Court.

**SIGNED** at Houston, Texas, on this the 26th day of March, 2009.

*Nancy F. Atlas*
United States District Judge